Jennifer E. Duggan - SBN: 183833
Christina Bucci Hamilton - SBN: 292047
DUGGAN LAW CORPORATION
641 Fulton Ave., Suite 100
Sacramento, CA 95825
Telephone:    916.550.5309
Facsimile:    916.404.5900
Email:        jennifer@duggan-law.com
              christina@duggan-law.com

Aaron A. Nichols – *admitted pro hac vice*
Todd M. Brooks – *admitted pro hac vice*
WHITEFORD TAYLOR & PRESTON LLP
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202
Telephone:    410.347.8739
Facsimile:    410.234.2318
Email:        anichols@wtplaw.com
              tbrooks@wtplaw.com

Attorneys for Defendants
RANDLE ROPER, PATRICK GUNN,
JOHN FINEN, TRACY TERRILL,
and VACAYA LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC HODGSON,<br><br>             Plaintiff,<br><br>     v.<br><br>RANDLE ROPER, PATRICK GUNN, JOHN FINEN, TRACY TERRILL, individually, and in his capacity as trustee of the TERRILL LIVING TRUST, VACAYA LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-00650-KJM-DB<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**<br><br>**Date:**    June 26, 2020<br>**Time:**    10:00 a.m.<br>**Courtroom:** 3, 15th Floor<br><br>Hon. Kimberly J. Mueller<br><br>**Am. Compl. Filed:** May 7, 2020<br>**Trial:**          Not Set |

TO PLAINTIFF ERIC HODGSON AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 26, 2020, at 10:00 a.m. in Courtroom 3 of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, California, Defendants RANDLE ROPER, PATRICK GUNN, JOHN FINEN, TRACY TERRILL, and VACAYA, LLC (collectively, "Defendants") will move the court to dismiss the *First Amended Complaint*, [D.I. 14], in its entirety pursuant to FRCP 9(b) and 12(b)(1), (2), (3) and (6) or, in the alternative, transfer venue to the District of Delaware pursuant to 28 U.S.C. § 1404(a), because: 1) Plaintiff's complaint fails to state any claims upon which relief can be granted and, further, Plaintiff has failed to satisfy FRCP 9(b) for each of several causes of action pursuant to which FRCP 9(b) applies; 2) this Court lacks subject-matter jurisdiction over Plaintiff's non-federal causes of action; 3) this Court lacks personal jurisdiction over VACAYA, LLC and Defendants Finen, Roper and Terrill; and 4) venue is improper such that this case should be dismissed or transferred to the District of Delaware.

The motion will be based on this Notice of Motion and the accompanying Memorandum of Points and Authorities, the supporting Declaration of Todd Brooks, Declaration of John Finen, Declaration of Randle Roper, and Declaration of Tracy Terrill, and such other declarations and argument as may be presented to the Court at hearing.

Defendants certify that the parties have engaged in a good faith meet and confer effort and that such efforts have been exhausted. As detailed in the Declaration of Todd Brooks in Support of Defendants' Notice of Motion ("Brooks Decl."), Mr. Brooks and his colleague Aaron Nichols spoke to Plaintiff's counsel, Thomas Barth, telephonically and conveyed to Mr. Barth each of the grounds upon which Defendants intended to move to dismiss Plaintiff's claims or, in the alternative, to transfer venue to the District of Delaware. Brooks Decl. at ¶ 3. Mr. Brooks addressed every legal ground upon which Defendants have moved for relief, and provided Mr. Barth with a detailed recitation of Defendants' arguments pursuant to FRCP 9(b) and 12(b)(1), (2), (3) and (6). *Id.* Mr. Brooks, Mr. Nichols, and Mr. Barth agreed that Defendants had properly undertaken their "meet and confer" obligation and that the parties had reached an impasse. *Id.* at ¶ 4.

Dated: May 21, 2020

**DUGGAN LAW CORPORATION**

By: /s/ Jennifer E. Duggan
    Jennifer E. Duggan
    Christina Bucci Hamilton
    Attorneys for Defendants,
    RANDLE ROPER, PATRICK GUNN, JOHN FINEN, TRACY TERRILL, and VACAYA LLC

**WHITEFORD TAYLOR & PRESTON LLP**

By: /s/ Todd M. Brooks
    Aaron A. Nichols
    Todd M. Brooks
    Attorneys for Defendants,
    RANDLE ROPER, PATRICK GUNN, JOHN FINEN, TRACY TERRILL, and VACAYA LLC

# **CERTIFICATE OF SERVICE**

I, Melanie Jagla, hereby certify that the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on May 21, 2020.

Melanie A. Jagla_____          By:    /s/ Melanie A. Jagla_____
Declarant                                                              Signature