UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Hodgson,<br><br>    Plaintiff,<br><br>    v.<br><br>Randle Roper, Patrick Gunn, John Finen, Tracy Terrill, individually, and in his capacity as trustee of the Terrill Living Trust, VACAYA LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:20-CV-00650-KJM-DB<br><br>ORDER |

Parties jointly request, ECF No. 34, to amend the pretrial scheduling order, ECF No. 20. For good cause shown, the court **grants** the request to amend the pretrial scheduling order as follows: fact discovery shall be completed by August 16, 2021, expert disclosures shall be completed by September 16, 2021, rebuttal expert witnesses shall be exchanged by October 7, 2021, all expert discovery completed by October 29, 2021, and all dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by November 19, 2021.

1

1   This order resolves ECF No. 34.

2   IT IS SO ORDERED.

3   DATED: February 1, 2021.

CHIEF UNITED STATES DISTRICT JUDGE