UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ERIC HODGSON, | Case No. 2:20-CV-00650-KJM-DB |
|---|---|
| Plaintiff, | **AMENDMENT TO THE SCHEDULING ORDER** |
| v. | |
| RANDLE ROPER, et al., | |
| Defendants. | |

The parties jointly request (ECF No. 40) to amend dates in the pretrial scheduling order (ECF No. 36). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery cutoff | 2/11/2022 | 8/15/2022 |
| Expert Disclosures | 3/15/2022 | 9/26/2022 |
| Supplemental Expert Disclosures | 4/5/2022 | 10/28/2022 |
| Completion of Expert Discovery | 4/27/2022 | 11/18/2022 |
| All Dispositive Motions Hearing Date | 5/13/2022 | 12/9/2022 |
| File Joint Pretrial Conference Statement | N/A | N/A |
| Final Pretrial Conference | N/A | N/A |
| Trial Briefs Due | N/A | N/A |

- 1 -

This amendment does not alter any other portions of the initial scheduling order (ECF No. 20).  This order resolves ECF No. 40.

IT IS SO ORDERED.

DATED: January 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE