Thomas W. Barth, SBN 154075
**BARTH DALY LLP**
PO Box 221849
Sacramento, California 95822
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: tbarth@barth-daly.com

Attorneys for Plaintiff ERIC HODGSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HODGSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RANDLE ROPER, PATRICK GUNN, JOHN FINEN, TRACY TERRILL, individually, and in his capacity as trustee of the TERRILL LIVING TRUST, VACAYA LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-CV-00650-KJM-DB<br><br>**STIPULATION AND ORDER DISMISSING APPEAL** |

　　　　Thomas W. Barth and Barth Daly LLP, appellants, and defendants, by and through their attorney, Aaron A. Nichols of Whiteford Taylor and Preston, pursuant to Federal Rules of Appellate Procedure, Rule 42(a), hereby stipulate and agree that the Notice of Appeal to the

///
///
///
///
///
///
///

{00039471}　　　　　　　　　　　　　　　　- 1 -

STIPULATION AND ORDER DISMISSING APPEAL　　　　　　　　　CASE NO 2:20-CV-650-KJM-DB

United States Court of Appeals for the Ninth Circuit filed in this Court on February 21, 2023, is hereby dismissed with prejudice.

Dated:  March 6, 2023.                BARTH DALY LLP

                                      By  /s/ Thomas W. Barth
                                            THOMAS W. BARTH
                                      Attorneys for Plaintiff ERIC HODGSON

Dated:  March 6, 2023.                WHITEFORD TAYLOR PRESTON

                                      By  /s/ Aaron A. Nichols
                                            AARON A. NICHOLS
                                      Co-Counsel for RANDLE ROPER, PATRICK GUNN,
                                      JOHN FINEN, TRACY TERRILL, and VACAYA LLC

Dated:  March 6, 2023.                DUGGAN McHUGH LAW CORPORATION

                                      By  /s/ Jennifer E. Duggan
                                            JENNIFER E. DUGGAN
                                            CHRISTINA BUCCI HAMILTON
                                      Co-Counsel for RANDLE ROPER, PATRICK GUNN,
                                      JOHN FINEN, TRACY TERRILL, and VACAYA LLC

**ORDER**

         IT IS SO ORDERED.

Dated:  March 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE