UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Hodgson, | No. 2:20-cv-00650-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Randle Roper, et al., | |
| Defendants. | |

    Attorney Thomas Barth moves to withdraw as counsel for plaintiff Eric Hodgson. Mot. Withdraw, ECF No. 56. In a previous order, this court imposed monetary sanctions against both Barth and Hodgson. *See* Order (Feb. 1, 2022), ECF No. 42, *recons. denied*, ECF No. 51, *and sanctions awarded*, ECF Nos. 52. According to Barth, Hodgson has a large unpaid balance of attorneys' fees, and he has refused to pay any of these fees since November 2021. Barth Decl. ¶ 2.a, ECF No. 56. Hodgson has also blamed Barth for the sanctions. *Id.* ¶ 2.b. Hodgson has not stated whether he objects to Barth's withdrawal. *See id.* ¶ 2.c–2.d. Defendants do not oppose the motion.

    This case has been closed, judgment has been entered, and Hodgson's appeal has been dismissed. ECF Nos. 42, 53, 60, 61. No other motions or matters are pending. This court has not retained jurisdiction over disputes about unpaid attorneys' fees, about Hodgson's and Barth's relative responsibility for the sanctions awarded, or about any monetary claims by defendants

against Barth or Hodgson.  In short, the court cannot conclude on this record that Barth's representation in this matter is ongoing.  **For these reasons, the motion to withdraw at ECF No. 56 is denied as moot.**  This order does not bar a renewed motion to withdraw if any future disputes within this court's jurisdiction are within the scope of Barth's representation.  Nor does this order bar a renewed motion to withdraw accompanied by evidence and argument showing a withdrawal is necessary.

The pending stipulation (ECF No. is 58) to extend the deadline to remit payment under this court's previous order is **granted**.

IT IS SO ORDERED.

DATED: April 18, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE